IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOHNNIE RAY HAWTHONE                                                                      PETITIONER

VS.                                          CASE NO. 06-CV-4098

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                         RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed March 26, 2007 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 12). Petitioner Johnnie Ray Hawthone has timely filed his objections to the Report and Recommendation. (Doc. 13). After reviewing the record *de novo*, the Court adopts the Report and Recommendation as its own.

Petitioner Johnnie Ray Hawthone brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (1996). In 2002, this Court found Hawthone's previous petition for habeas relief under § 2254 barred by the statute of limitations. *See Hawthone v. Norris*, No. 4:01-CV-4074 (W.D. Ark. 2002), *cert. denied*, 540 U.S. 897, 124 S.Ct. 259, 157 L.Ed.2d 176 (2003). Respondent seeks dismissal of the instant, successive petition as unauthorized under 28 U.S.C. § 2244(b)(3)(A). Section 2244(b)(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."

Upon review, the Court agrees with Judge Bryant that the instant petition is a "successive petition" such that permission from the Eighth Circuit Court of Appeals is necessary to avoid dismissal. *See* 28 U.S.C. § 2244(b)(3)(A). Nothing in the record indicates that Hawthone has

obtained such permission from the Eighth Circuit.  Accordingly, Defendant's Motion to Dismiss Petition for Writ of Habeas Corpus should be and hereby is **GRANTED**.  Petitioner Johnnie Ray Hawthone's petition for writ of habeas corpus hereby is **DENIED** and this matter is **DISMISSED**. An appeal from this decision may not be taken in good faith.

    **IT IS SO ORDERED**, this 18th day of April, 2007.

                                              /s/Harry F. Barnes
                                       Hon. Harry F. Barnes
                                       United States District Judge